IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Fransisco Javier Ojeda,<br><br>*Plaintiff,*<br><br>-*vs*-<br><br>Thomas Dart, Sheriff of Cook County, Cook County, Illinois, and Brenda Taylor,<br><br>*Defendants.* | )<br>)<br>)<br>)<br>)<br>)  No. 20-cv-<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT

Plaintiff Fransisco Javier Ojeda, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. § 1343.

2. Plaintiff Fransisco Javier Ojeda is an inmate at the Cook County Jail assigned booking number 2017-1228010.

3. Defendant Sheriff of Cook County is sued in his official capacity. Under Illinois law, the Cook County Sheriff operates the Cook County Jail.

4. Defendants Sheriff of Cook County and Cook County are responsible for the medical needs of detainees at the Cook County Jail.

5. Defendant Cook County controls the budget for the Cook County Jail, provides dental services for persons in the custody of the Jail, and is a necessary party to this action.

6. Defendant Dr. Brenda Taylor, at all relevant times, has been the dentist assigned to Division 10 at Cook County Jail.

7. Inmates at the jail, pursuant to policy, are informed to submit a health service request form to seek dental treatment. All dental health service request forms are provided to the dental clinic for treatment to be scheduled.

8. In the summer of 2018 the plaintiff began submitting health service request forms complaining of a very painful toothache:

    a. Cook County collected the following complaint on August 12, 2018:

> I have the following Medical problem(s): I am on pain. I need to see the Doctor please. They haven't call me for the Dental, I have toothache and it broken and bleeding. Thank you.

    b. Cook County collected the following complaint on August 28, 2018:

> I have the following dental problem(s):
> ☐ Face swollen  ☐ I can't open my mouth
> ☑ Toothache → Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 (high)
> ☐ Loose tooth from recent trauma   Date of trauma 8/7/18
> ☐ Other: Broken Molleg from on Top please help.

    c. Cook County collected the following complaint on September 2, 2018:

> I have the following dental problem(s):
> ☐ Face swollen  ☐ I can't open my mouth
> ☑ Toothache → Circle Pain Level: low 1 2 3 4 5 6 7 8 9 10 (high)
> ☐ Loose tooth from recent trauma   Date of trauma __/__/__
> ☑ Other: my left part of the face heart my tooth is killing me
> ☐ I would like to be seen by an EYE Doctor for eyeglasses I gat a broken Please help Tooth Thank you.
> ☐ Other:

    d.  Cook County collected the following complaint on September 5, 2019:

> I have the following dental problem(s):
> ☒ Face swollen   ☐ I can't open my mouth
> ☒ Toothache → Circle Pain Level: low 1 2 3 4 5 6 7 8 9 ⑩ high
> ☐ Loose tooth from recent trauma   Date of trauma ___/___/___
> ☒ Other: I CAN'T EAT OR SLEEP.

9. Each of the above identified health service request forms were referred to the Division 10 dental clinic.

10. Plaintiff was evaluated by Dr. Brenda Taylor on September 10, 2018. During this exam Dr. Taylor documented the plaintiff was in pain and needed to have tooth #16 extracted. Dr. Taylor extracted tooth # 16 and entered a referral order for plaintiff to be treated at the Stroger oral surgery clinic for extraction of teeth in the lower right quadrant.

11. Plaintiff waited several months, or until November 29, 2018, to be scheduled and transferred to Stroger for dental extractions.

12. While the plaintiff waited for treatment he suffered significant pain.

13. Cook County, pursuant to policy, delegates responsibility to each dental clinic to schedule patients for care.

14. Cook County policy requires each inmate complaining of dental pain rated five or greater on a health service request form (also classified as an "urgent" health service request form) to be seen by the dentist within 3 business days.

15. Defendant Cook County trained each dentist, including Dr. Taylor, to collaborate with the dental assistant schedule all "urgent" health service request forms to be evaluated by the dentist within 3 business days.

16. Defendant Dr. Taylor has worked at Cook County Department of Corrections for at least 11 years.

17. Defendant Dr. Taylor, however, delegates complete responsibility to schedule health service request appointments to the Division 10 dental assistant.

18. Defendant Dr. Taylor does not participate in the scheduling of patients for treatment after the dental clinic receives health service request forms seeking treatment.

19. Defendants Dart and Cook County have known since at least September 20, 2016 that defendant Dr. Taylor does not participate in the scheduling of patients in her dental clinic.

20. Defendants Dart and Cook County know inmates assigned to Division 10 routinely wait weeks to be evaluated by the dentist after the submission of a health service request form processed as "urgent."

21. Defendants Dart and Cook County know inmates suffer unnecessary and gratuitous pain because defendant Dr. Taylor refuses to participate in the scheduling of patients in the Division 10 dental clinic.

22. Defendants Dart and Cook County have taken no action to remedy the grossly deficient access to dental care for inmates assigned to Division 10.

23. As a direct and proximate result of Dart and Cook County's failure to correct this obvious defect in the widespread practice of scheduling patients for dental care in

Division 10, plaintiff experienced gratuitous pain and incurred personal injuries and was deprived of rights secured by the Eight and Fourteenth Amendments to the Constitution of the United States.

24. Defendant Dr. Brenda Taylor, by intentionally refusing to participate in the scheduling of "urgent" health service request form appointments, causes inmates, like plaintiff, to suffer prolonged and gratuitous pain.

25. Plaintiff demands trial by jury on his claim for damages.

It is therefore respectfully requested that the Court award appropriate compensatory damages against defendants, that the Court award punitive damages against defendant Dr. Taylor, and that the costs of this action, including attorney's fees, be taxed against Cook County.

/s/ Patrick W. Morrissey
ARDC No. 6309730
Thomas G. Morrissey, Ltd.
10150 S. Western Ave., Ste. Rear
Chicago, Illinois 60643
patrickmorrissey1920@gmail.com
(773) 233-7900